ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 9 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| MICHAEL ANTHONY PICKENS, 05017330, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUPE VALDEZ, SHERIFF, ET AL. )<br>Defendants. ) | No. 3:05-CV-652-N |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 29 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE